■ LINDA K. DION, Appellant, v GREG R. DION, Respondent. [720 NYS2d 426] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Matrimonial.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.

■ CARLA A. MARINELLI et al., Respondents, v BONNIE J. HOUSEMAN, Sued Herein as BONNIE J. HOUSZMAN, Appellant, and ROBERT A. HAGAN, Respondent. [720 NYS2d 427] —Order unanimously affirmed with costs. Memorandum: Defendant Bonnie J. Houseman moved for summary judgment dismissing the complaint and cross claims against her on the ground that the conduct of defendant Robert A. Hagan in pulling his vehicle in front of her vehicle was the sole proximate cause of the collision. Supreme Court properly denied the motion. Whether Houseman encountered an emergency situation and acted reasonably when faced with that emergency is an issue of fact for the jury (*see, Ferrer v Harris,* 55 NY2d 285, 292-293, *mot to amend remittitur granted* 56 NY2d 737; *Roantree v Kurre,* 255 AD2d 433). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.

■ In the Matter of BATH PETROLEUM STORAGE, INC., et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents. [720 NYS2d 427] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Alonzo, J. (Appeal from Judgment of Supreme Court, Livingston County, Alonzo, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.